IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE BEAR MILL, INC., an Idaho corporation, and JANIS FENTON, an individual,<br><br>                Plaintiffs,<br><br>vs.<br><br>TEDDY MOUNTAIN, INC., a Canadian corporation,<br><br>                Defendant. | Case No. CV07-492-N-EJL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

On July 17, 2008, United States Magistrate Judge Larry M. Boyle issued a Report and Recommendation (Docket No. 39). Pursuant to 28 U.S.C. § 636(b)(1), the parties had ten (10) days in which to file written objections to the Report and Recommendation, however neither party has objected to the recommendation made by Judge Boyle. Exercising de novo review of the matter, this Court may accept, reject or modify, in whole or in part, the findings and recommendations made by the magistrate judge. Id.

Because this Court finds the Report and Recommendation of Judge Boyle to be well founded in law and supported by the record, the Court hereby accepts in their entirety, and adopts as its own, the findings made by Judge Boyle. Acting on the recommendation of Judge Boyle, and this Court being fully advised in the premises,

**ORDER**

**IT IS HEREBY ORDERED** that the Report and Recommendation (Docket No. 39) by Judge Boyle should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Preliminary Injunction (Docket No. 9) be **DENIED**.

**IT IS FURTHER ORDERED** that Defendant file an Answer on or before August 18, 2008.

DATED: **August 6, 2008**

Honorable Edward J. Lodge
U. S. District Judge